## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL S. HARDY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:19-cv-924 |
| | ) | |
| v. | ) | |
| | ) | **ELECTRONICALLY FILED** |
| ATLANTIC CREDIT & FINANCE, | ) | |
| INCORPORATED and MIDLAND | ) | |
| FUNDING, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE Defendants, ATLANTIC CREDIT & FINANCE INCORPORATED AND MIDLAND FUNDING, LLC, hereby remove to this Court the state court action described below.

1.     On or about June 20, 2019, Plaintiff filed an action in the Court of Common Pleas of Allegheny County, State of Pennsylvania, entitled and captioned: *Randall S. Hardy v. Atlantic Credit & Finance Incorporated and Midland Funding, LLC* and assigned Case No: AR19-3109 via Complaint.

2.     Plaintiff's Complaint was served upon Defendants on June 27, 2019.

3.     The following pleadings have been filed in this action to date:

    (a)     Complaint; and

    (b)     Notice of Filing of Petition for Removal of a Civil Action.

*See* pleadings attached hereto as Exhibit "A".

LEGAL/123999622.v1

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the Fair Debt Collection Practices Act ("FDCPA").

5.      The Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division, is located within the jurisdiction of the United States Court for the Western District of Pennsylvania.  This Court is the court embracing the place where the action is pending.

6.      This Complaint is removable to the United States District Court for the Western District of Pennsylvania, from the Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division pursuant to 28 U.S.C. §1331 and §1441.

7.      The Complaint alleges the action is brought under the FDCPA.  As such, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §1331.

8.      This Notice of Removal is being filed within 30 days of the date upon which Defendants were served with Plaintiff's Complaint.

9.      Pursuant to 28 U.S.C. §1446(b), a Notice of Removal "shall be filed within thirty days after receipt by the Defendant, through service or otherwise, of a copy of the initial pleading."

10.     Concurrently, Defendants provided written notice of this Petition for Removal to Plaintiff's counsel and filed a copy with the Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants remove to this Court the above-entitled action, now pending in the Court of Common Pleas of Allegheny County, Pennsylvania, Civil Division, and request that this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

LEGAL/123999622.v1

Respectfully submitted,

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY:    *s/ Danielle M. Vugrinovich*
Danielle M. Vugrinovich, Esquire
PA ID #88326
**Attorney for Defendants, Atlantic Credit &
Finance Incorporated and Midland Funding,
LLC**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
412 803-1185
412 803-1188/fax
dmvugrinovich@mdwcg.com

3

LEGAL/123999622.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Petition for Removal of a Civil Action** has been served upon the following known counsel of record this 29th day of July, 2019, via electronic mail and/or United States First-Class Mail, postage prepaid:

> Clayton S. Morrow, Esquire
> Morrow & Artim, PC
> 304 Ross Street, Seventh Floor
> Pittsburgh, PA  15219
> csm@ConsumerLaw365.com
>   **(Counsel for Plaintiff)**

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**


 *s/ Danielle M. Vugrinovich*
DANIELLE M. VUGRINOVICH, ESQUIRE
**Attorney for Defendants, Atlantic Credit &
Finance Incorporated and Midland Funding,
LLC**